IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TAMEKA S. BANKS                                              PLAINTIFF

vs.                              Civil No. 4:08-cv-4035

MICHAEL J. ASTRUE,                                     DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

On August 11, 2008, Defendant filed a Motion to Remand. (Doc. No. 10).[1] Plaintiff has not responded to this motion. The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. (Doc. No. 4). Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

Defendant requests a remand so the Commissioner may conduct further administrative proceedings. Specifically, the Commissioner seeks remand for an Administrative Law Judge (ALJ) to comply with the Court Judgment entered in *Banks v. Barnhart,* Civil No. 4:05-cv-04067, Doc. No. 11 (W.D. Ark. September 20, 2006), (Tr. 239), and the October 24, 2006, Appeals Council Remand Order (Tr. 246-248), which directed the ALJ to obtain interrogatories from "Drs. George Covert, Jerry Stringfellow, and Henry Platt" (Tr. 73-99, 122-125, 130-134, 136-139, 144-147,

---

[1] The docket numbers for this case are referenced by the designation "Doc. No." The transcript pages for this case are referenced by the designation "Tr."

205-219, 239-245, 248, 276-277). The interrogatories will ask these physicians to review Plaintiff's medical records, complete functional capacity assessments, and provide the objective bases for their opinions. (Tr. 244, 248). In addition, the ALJ will determine what effect Vicodin and other pain medications and muscle relaxers had on Plaintiff's ability to perform work-related activities in accordance with the regulations as well as the District Court and Appeals Council's 2006 remand instructions. (Tr. 205-219, 239, 244, 248).

This Court finds this motion is well-taken and should be granted. The Commissioner's decision is reversed, and this matter is hereby remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. In addition, the undersigned finds that the Plaintiff's Complaint should be and hereby is dismissed without prejudice. Plaintiff may still, however, file a motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. This Court directs the ALJ to make additional findings as set forth in this opinion and as are necessary to fully and adequately develop the record.

A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 27th day of August, 2008.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE