IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


TAMEKA S. BANKS                                                            PLAINTIFF


vs.                                     Civil No. 4:08-cv-4035


MICHAEL J. ASTRUE                                                         DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 27th day of August, 2008, in accordance with the

Memorandum Opinion entered in the above-styled case on today's date, and **GRANTS** the

Defendants's Motion to Remand. (Doc. No. 10). The decision of the Commissioner of Social

Security is reversed, and this matter is remanded to the Commissioner pursuant to sentence four, 42

U.S.C. § 405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to

Justice Act (EAJA), 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the

judgment becomes "not appealable," i.e., thirty (30) days after the sixty (60) day time for appeal has

ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§

2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED AND ADJUDGED**.


                                                   /s/  Barry A. Bryant
                                                   HON. BARRY A. BRYANT
                                                   U. S. MAGISTRATE JUDGE